# United States Bankruptcy Court
## District of Nevada

### Case No. <u>10–52990–gwz</u>
### Chapter 7

In re: (Name of Debtor)
   SUSAN MARIE GROSS
   P O BOX 60353
   RENO, NV 89506

Social Security No.:
   xxx–xx–0594

## ORDER DETERMINING DEBTOR COMPLIANCE WITH FILING REQUIREMENTS OF 11 U.S.C. § 521(a)(1)

Pursuant to 11 U.S.C. § 521(i), if an individual debtor in a voluntary case under Chapter 7 or Chapter 13 fails to file all of the information required under 11 U.S.C. § 521(a)(1) within 45 days after the date of the filing of the petition, the case shall be automatically dismissed effective on the 46th day after the date of the filing of the petition. The Court has reviewed the file in this case and has determined that the debtor (see note below) has complied with the information filing requirement of 11 U.S.C. § 521(a)(1) and Local Rule 4002.1. Accordingly, it is

ORDERED:

1. This case is not subject to automatic dismissal under 11 U.S.C. § 521(i)(1) or (2).

2. If any party in interest has any reason to contest the Court's finding that the debtor has filed all information required by 11 U.S.C. § 521(a)(1), that party shall:

   (a) File a Motion for Reconsideration not later than **10** days from the date of the entry of this order. The motion should specifically identify the information and document(s) required by 11 U.S.C. § 521(a)(1) that the debtor has failed to file.

   (b) Comply with the provisions of LR 9014 and obtain a hearing date and time.

   (c) Serve such motion and notice of hearing on the trustee, debtor and debtor's counsel, if any;

and

   (d) File a Certificate of Service of the motion and notice of hearing within two business days of filing the motion.

Dated: 9/17/10                                   BY THE COURT

*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court

Note: All references to "debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.

# CERTIFICATE OF NOTICE

```
District/off: 0978-3          User: leavittrl        Page 1 of 1              Date Rcvd: Sep 17, 2010
Case: 10-52990               Form ID: odeter         Total Noticed: 15

The following entities were noticed by first class mail on Sep 19, 2010.
db            +SUSAN MARIE GROSS,    P O BOX 60353,    RENO, NV 89506-0006
6187693       +ACN Communication Servic,    PO Box 650384,    Dallas, TX 75265-0384
6187694       +AT&T Universal,    PO BOX 182564,    Columbus, OH 43218-2564
6187695       +Bank of America,    PO Box 15026,    Wilmington, DE 19850-5026
6187696       +Chase,    PO Box 15298,    Wilmington, DE 19850-5298
6187697       +Citibank Health,    PO Box 6497,    Sioux Falls, SD 57117-6497
6187698       +Citibank Health M/C,    PO Box 6497,    Sioux Falls, SD 57117-6497
6187699       +Citibank Mastercard,    PO Box 182564,    Columbus, OH 43218-2564
6187701       +First Premier,    PO Box 5524,    Sioux Falls, SD 57117-5524
6187703       +Radiology Consultants,    PO Box 5700,    Reno, NV 89513-5700
6187704       +St Mary's Primary Care,    PO Box 11647,    Reno, NV 89510-1647
6187705       +St. Mary's Regional Med,    PO Box 975049,    Dallas, TX 75397-5049
6187706       +Wachovia,    PO Box 659558,    San Antonio, TX 78265-9558

The following entities were noticed by electronic transmission on Sep 18, 2010.
6187700        E-mail/PDF: mrdiscen@discoverfinancial.com Sep 18 2010 04:49:54      Discover Card,    PO Box 15316,
                 wilmington, DE 19850
6187702       +E-mail/PDF: cr-bankruptcy@kohls.com Sep 18 2010 04:40:54       Kohls,    PO Box 3115,
                 Milwaukee, WI 53201-3115
                                                                                    TOTAL: 2


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
6187692        Pro-Se
6187691*      +Susan Marie Gross,    PO Box 60353,    Reno, NV 89506-0006
                                                                            TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 19, 2010**                    **Signature:** *Joseph Speetjens*